Richard HATCH, Plaintiff—Appellant,

v.

Dominic A. GUTIERREZ, Sr.; Wayne Phillips, Warden; Lewis Brescoach, Health Services Administrator; Veronica Fernandez, Case Management Coordinator; Daniel J. Hickey, DMD, Chief Dental Officer; Renee Crogan, Assistant Health Administrator, Defendants—Appellees.

No. 09–6308.

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2009.

Decided: Nov. 2, 2010.

Richard Hatch, Appellant Pro Se. Betsy C. Jividen, Assistant United States Attorney, Daniel W. Dickinson, Jr., Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before GREGORY and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Hatch appeals the district court's order accepting the recommendation of the magistrate judge and denying

relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hatch v. Gutierrez,* No. 2:07–cv–00104–REM–JSK, 2009 WL 361199 (N.D.W.Va. Feb. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*